IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paula Zelesnik,

  Plaintiff(s),

 vs.

Patricia Obarski, et al.,

  Defendant(s).

Case Number: 1:17cv710

Judge Susan J. Dlott

ORDER

 The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 26, 2017 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 9, 2017, hereby ADOPTS said Report and Recommendation.

 Accordingly, plaintiff's complaint is DISMISSED with prejudice.

 The Court certifies pursuant to 28 U.S.C. §1915(a) an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, plaintiff is DENIED leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

 IT IS SO ORDERED.

             ___s/Susan J. Dlott_____
             Judge Susan J. Dlott
             United States District Court